JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
VARELL FULLER, Bar No. 202680
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant KHAUV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THIEN SIENG KHAUV,<br>Defendant. | **Case No.:** CR 05–00218 EJD<br>**UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Defendant Thien Sieng Khauv, by and through counsel, respectfully requests that the Court modify his conditions of pretrial release to permit him to reside with his sister in San Jose, California.

On August 20, 2026, the Court ordered Mr. Khauv released subject to conditions, including that he reside at the halfway house in San Francisco. Since his release, Mr. Khauv has resided at the San Francisco halfway house under location monitoring with permission to leave for only limited purposes. He has remained compliant with all conditions of his pretrial release and now seeks permission to reside with his sister in San Jose, subject to a curfew.

Defense counsel has conferred with Pretrial Services Officer Jose Obien and Assistant United States Attorney Christiaan Highsmith, who are assigned to this matter, and neither opposes the

defendant's requested modification.

Accordingly, Mr. Khauv respectfully requests that the Court modify his conditions of pretrial release to permit him to reside with his sister in San Jose, California, and be subject to a curfew as determined by Pretrial Services. All other conditions of release shall remain in effect.

Dated: October 8, 2026

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
VARELL FULLER
Assistant Federal Public Defender

//

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, upon the defendant's unopposed motion, IT IS HEREBY ORDERED that Mr. Khauv's conditions of pretrial release are modified to permit him to reside with his sister in San Jose, California, subject to a curfew and location monitoring as directed by Pretrial Services. All other conditions of pretrial release shall remain in effect.

IT IS SO ORDERED.

DATED: October 13, 2026

THE HONORABLE SUSAN van KEULEN
United States Magistrate Judge